# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THY CHEA,<br><br>      Plaintiff,<br><br>v.<br><br>CHAD WOLF, Acting Secretary, Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; MARCOS D. CHARLES, Acting Field Office Director, U.S. Immigration and Customs Enforcement Boston Field Office; MICHAEL POMPEO, Secretary, Department of State; in their official capacities.<br><br>      Defendants. | Civil Action No. 19-12569-DPW |

## ASSENTED TO MOTION FOR SECOND EXTENSION OF TIME

NOW COME Defendants, by and through their attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, and respectfully request this Court to extend the deadline for Defendants to file a responsive pleading for an additional fourteen (14) days, from January 29, 2020, to February 12, 2020. Defendants' deadline to respond to the Complaint was initially January 15, 2020. Defendants seek this extension of time to allow the parties to continue discussing a potential resolution of this case and, in particular, to allow time for the Plaintiff to submit Form I-131A, Application for Travel Document to the U.S. Embassy in Phnom Penh, Cambodia, the adjudication of which may obviate the need for further litigation. Opposing counsel has been contacted and has indicated her assent to this Motion.

WHEREFORE, the Defendants respectfully request that the Court extend by fourteen (14) days the date by which the Defendants must file a responsive pleading, or motion to dismiss under Fed. R. Civ. P. 12(b), up to and including February 12, 2020.

>     Respectfully submitted,
>
>     ANDREW E. LELLING
>     United States Attorney
>
> By: */s/ Erin E. Brizius*
>     Erin E. Brizius
>     Assistant U.S. Attorney
>     United States Attorney's Office
>     1 Courthouse Way, Suite 9200
>     Boston, MA 02210
>     (617) 748-3398
>     Erin.E.Brizius2@usdoj.gov

Dated: January 27, 2020

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1, I conferred with Plaintiff's counsel on January 24, 2020, and she assented to the relief requested in this Motion.

>     */s/ Erin E. Brizius*
>     Erin E. Brizius
>     Assistant U.S. Attorney

Dated: January 27, 2020